**Marquis Aurbach**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
jmoser@maclaw.com
  *Attorneys for Plaintiff Izzy & Liv, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IZZY & LIV, LLC, a New Jersey Limited Liability Company,<br><br>                              Plaintiff<br><br>      vs.<br><br>WEBGISTIX CORPORATION d/b/a SHIPNETWORK; DOES I through X, inclusive; and, ROE CORPORATIONS I through X, inclusive,<br><br>                              Defendant | Case No.: 2:23-cv-00728-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO MOTIONS AND PLEADINGS**<br><br>**(FIRST REQUEST)** |

Plaintiff Izzy & Liv, LLC ("Plaintiff"), by and through its attorneys of record, the law firm of Marquis Aurbach Chtd., and Defendant Webgistix Corporation d/b/a ShipNetwork ("Defendant"), by and through their respective attorneys of record, hereby agree and jointly stipulate to the following:

1.     On July 11, 2023, Defendant filed a Motion to Dismiss Claims Four Through Eight of Plaintiff's Complaint [ECF No. 8] ("Motion to Dismiss"), a Motion to Strike [ECF No. 9] ("Motion to Strike"), and an Answer to Plaintiff's Complaint and Counterclaim Against Izzy & Liv, LLC [ECF No. 10] ("Counterclaim").

2.     Plaintiff and Defendant agree that the deadline for Plaintiff to file and serve responses to the Motion to Dismiss and Motion to Strike, currently due on July 25, 2023, shall be extended to August 11, 2023.

MAC:17278-001 5158779_4 7/20/2023 3:52 PM

3. Plaintiff and Defendant further agree that the deadline for Plaintiff to file and serve a response to the Counterclaim, currently due on August 1, 2023, shall be extended to August 11, 2023.

4. Pursuant to FRCP 14(a)(1), based on the July 11, 2023, filing of the Answer, Defendant has until July 25, 2023, by which to file a third-party complaint, and the parties further agree that Defendant's deadline to file a third-party complaint shall be extended to August 11, 2023.

5. The parties are in the process of settlement discussions. The stipulation will preserve time and resources based on the on-going settlement discussions.

6. The instant stipulation is being made in good faith and not for purposes of delay, and no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

DATED this 20th day of July, 2023

WILEY PETERSEN

By:  /s/ Jonathan D. Blum
   Jonathan D. Blum, Esq.
   Nevada Bar No. 09515
   1050 Indigo Drive, Suite 200B
   Las Vegas, Nevada 89145
   *Counsel for Defendant Webgistix Corporation d/b/a ShipNetwork*

DATED this 20th day of July, 2023

MARQUIS AURBACH

By:  /s/ Jared M. Moser
   Cody S. Mounteer, Esq.
   Nevada Bar No. 11220
   Jared M. Moser, Esq.
   Nevada Bar No. 13003
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Counsel for Plaintiff Izzy & Liv, LLC*

## ORDER

The above stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 24, 2023