**Marquis Aurbach**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
jmoser@maclaw.com
　*Attorneys for Plaintiff Izzy & Liv, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IZZY & LIV, LLC, a New Jersey Limited Liability Company;<br><br>　　　　　　Plaintiff<br><br>　　vs.<br><br>WEBGISTIX CORPORATION d/b/a SHIPNETWORK; DOES I through X, inclusive; and, ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendant | Case No.: 2:23-cv-00728-CDS-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Izzy & Liv, LLC ("Plaintiff") and Defendant Webgistix Corporation d/b/a ShipNetwork ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to dismiss with prejudice all claims for relief asserted by the Complaint [ECF No. 1] filed by Plaintiff on May 9, 2023, against Defendant, and all claims for relief asserted by the Counterclaim [ECF No. 10] filed by Defendant on July 11, 2023, against Plaintiff.

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:17278-001 5171742_1 8/17/2023 2:57 PM

IT IS FURTHER STIPULATED AND AGREED that Plaintiff and Defendant will bear their own costs and attorneys' fees incurred in relation to the proceedings before this Court.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 31st day of July, 2023 | DATED this 31st day of July, 2023 |
| WILEY PETERSEN | MARQUIS AURBACH |
| By: __/s/ *Jonathan D. Blum*__<br>Jonathan D. Blum, Esq.<br>Nevada Bar No. 09515<br>1050 Indigo Drive, Suite 200B<br>Las Vegas, Nevada 89145<br>*Attorney for Defendant Webgistix*<br>*Corporation d/b/a ShipNetwork* | By: __/s/ *Jared M. Moser*__<br>Cody S. Mounteer, Esq.<br>Nevada Bar No. 11220<br>Jared M. Moser, Esq.<br>Nevada Bar No. 13003<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff Izzy & Liv, LLC* |

## ORDER

IT IS HEREBY ORDERED that the stipulation of dismissal [ECF No. 16] is GRANTED.

IT IS FURTHER ORDERED that defendant's motion to dismiss [ECF No. 8] and motion to strike [ECF No. 9] are DENIED as moot.

The Clerk of Court is kindly directed to close this case.

DATED: August 18, 2023

_____
UNITED STATES DISTRICT JUDGE